IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Springfield Division)

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX, <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | Civil Action No. 3:15-cv-30005 <br><br> JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts and FED. R. CIV. P. 7.1, Plaintiff Irwin Industrial Tool Company d/b/a Lenox ("Lenox"), by its attorneys, hereby certifies that it is a wholly owned subsidiary of Newell Rubbermaid, Inc., which is a publicly held company.

Dated: January 8, 2015

Respectfully submitted,

Irwin Industrial Tool Company d/b/a Lenox

By Counsel

By: */s/ Kevin M. Duddlesten*
Kevin M. Duddlesten (BBO No. 680624)
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel:     214 932 6400
Fax:    214 932 6499
kduddlesten@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*