UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX, <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | CIVIL ACTION <br> NO. 3:15-cv-30005 |

**MILWAUKEE ELECTRIC TOOL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(a) and Fed. R. Civ. P. 7.1, Milwaukee Electric Tool Company, by its attorneys, hereby states the following:

1. The name of Milwaukee Electric Tool Corporation's parent corporation is Esstar Industries, Inc. The ultimate parent corporation of Milwaukee Tool Corporation is Techtronic Industries Co. Ltd., which is publicly traded on the Hong Kong Stock Exchange.

2. There are no corporate stockholders which are publicly-held companies owning 10% or more of the stock of Milwaukee Electric Tool Corporation.

Respectfully submitted,

**MILWAUKEE ELECTRIC TOOL CORPORATION**

By its Attorneys,


By: /s/ *Joshua M. Dalton*
    Joshua M. Dalton, Esq. (BBO # 636402)
    Morgan, Lewis & Bockius LLP
    One Federal Street
    Boston, MA 02110-1726
    Tel: (617) 951-8000
    Fax: (617) 951-8736
    E-mail: josh.dalton@morganlewis.com

    Jason C. White, Esq. (*pro hac vice pending*)
    Scott D. Sherwin, Esq. (*pro hac vice pending*)
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL  60601
    Tel:  (312) 324-1000
    Fax:  (312) 324-1001
    E-mail:  jwhite@morganlewis.com
    E-mail:  ssherwin@morganlewis.com

Dated:  May 19, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 19, 2015.

      /s/ *Joshua M. Dalton*
      Joshua M. Dalton (BBO # 636402)