**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Springfield Division)**

| | | |
|---|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY** | ) | |
| **D/B/A LENOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:15-cv-30005** |
| | ) | |
| **MILWAUKEE ELECTRIC TOOL** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF SERVICE OF WRITTEN SETTLEMENT PROPOSAL

The undersigned hereby certifies that, pursuant to Local Rule 16.1(c), a written settlement proposal was served on June 16, 2015 upon counsel for Defendant Milwaukee Electric Tool Company at the email addresses listed below:

Joshua M. Dalton, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee*
*Electric Tool Corporation*

Dated: June 17, 2015

Respectfully submitted,

Irwin Industrial Tool Company d/b/a Lenox

By: */s/Kevin M. Duddlesten*
    Kevin M. Duddlesten (BBO No. 680624)
    McGuireWoods LLP
    2000 McKinney Avenue, Suite 1400
    Dallas, Texas 75201
    Tel:    (214) 932 6400
    Fax:    (214) 932 6499
    kduddlesten@mcguirewoods.com

    David E. Finkelson
    McGuireWoods LLP
    901 E. Cary Street
    Richmond, VA 23219
    Tel: (804) 775-1157
    Fax: (804) 225-5377
    dfinkelson@mcguirewoods.com

    Rachelle H. Thompson
    McGuireWoods LLP
    434 Fayetteville Street, Suite 2600
    Raleigh, NC 27601
    Tel:    (919) 755-6572
    Fax:    (919) 755-6699
    rthompson@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool*
*Company d/b/a Lenox*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2015, I electronically filed the foregoing **NOTICE OF WRITTEN SETTLEMENT PROPOSAL** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

Joshua M. Dalton, Esq.
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
MORGAN, LEWIS & BOCKIUS LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee*
*Electric Tool Corporation*

/s/Kevin M. Duddlesten
Kevin M. Duddlesten (BBO No. 680624)