**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Springfield Division)**

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX,** )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MILWAUKEE ELECTRIC TOOL CORPORATION,** )<br>)<br>)<br>Defendant. ) | **Civil Action No. 3:15-cv-30005** |

## NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(A)(1) INITIAL DISCLOSURES

The undersigned hereby certifies that Irwin Industrial Tool Company d/b/a Lenox's Rule 26(a)(1) Initial Disclosures were served on June 24, 2015 upon counsel for Defendant Milwaukee Electric Tool Company by electronic mail at the addresses listed below:

Joshua M. Dalton, Esq.
Peter G. Byrne, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com
peter.byrne@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee Electric Tool Corporation*

Dated: June 24, 2015                    Respectfully submitted,

                                        Irwin Industrial Tool Company d/b/a Lenox

By Counsel

*/s/ Kevin M. Duddlesten*
Kevin M. Duddlesten (BBO No. 680624)
McGuireWoods LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel:    (214) 932-6400
Fax:    (214) 932-6499
kduddlesten@mcguirewoods.com

David E. Finkelson
McGuireWoods LLP
901 E. Cary Street
Richmond, VA 23219
Tel: (804) 775-1157
Fax: (804) 225-5377
dfinkelson@mcguirewoods.com

Rachelle H. Thompson
McGuireWoods LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Tel:    (919) 755-6572
Fax:    (919) 755-6699
rthompson@mcguirewoods.com
rthompson@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2015, I electronically filed the foregoing **NOTICE OF SERVICE OF PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

Joshua M. Dalton, Esq.
Peter G. Byrne, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com
peter.byrne@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee Electric Tool Corporation*

                                                    */s/ Kevin M. Duddlesten*
                                                  Kevin M. Duddlesten (BBO No. 680624)