**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Springfield Division)**

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MILWAUKEE ELECTRIC TOOL CORPORATION,** ) <br> ) <br> **Defendant.** ) | **Civil Action No. 3:15-cv-30005** |

## NOTICE OF SERVICE OF PRELIMINARY INFRINGEMENT CONTENTIONS

The undersigned hereby certifies that, pursuant to the Scheduling Order entered in this matter, Plaintiff Irwin Industrial Tool Company served its Preliminary Infringement Contentions on August 3, 2015 upon counsel for Defendant Milwaukee Electric Tool Company at the email addresses listed below:

Joshua M. Dalton, Esq.
Peter G. Byrne
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com
peter.byrne@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee Electric Tool Corporation*

Dated: August 3, 2015

Respectfully submitted,

Irwin Industrial Tool Company d/b/a Lenox

By Counsel

*/s/Kevin M. Duddlesten*
Kevin M. Duddlesten (BBO No. 680624)
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel:    (214) 932 6400
Fax:    (214) 932 6499
kduddlesten@mcguirewoods.com

David E. Finkelson
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Tel: (804) 775-1157
Fax: (804) 225-5377
dfinkelson@mcguirewoods.com

Rachelle H. Thompson
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Tel:    (919) 755-6572
Fax:    (919) 755-6699
rthompson@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 3, 2015, I electronically filed the foregoing **NOTICE OF SERVICE OF PRELIMINARY INFRINGEMENT CONTENTIONS** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

Joshua M. Dalton, Esq.
Peter G. Bryne, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@morganlewis.com
peter.byrne@morganlewis.com

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601
jwhite@morganlewis.com
ssherwin@morganlewis.com

*Counsel for Defendant Milwaukee Electric Tool Corporation*

                                           */s/Kevin M. Duddlesten*
                                           Kevin M. Duddlesten