UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX,<br><br>Plaintiff,<br><br>v.<br><br>MILWAUKEE ELECTRIC TOOL CORPORATION<br><br>Defendant. | CIVIL ACTION<br>NO. 3:15-cv-30005 |

**NOTICE OF SERVICE OF PRELIMINARY
INVALIDITY AND NON-INFRINGEMENT CONTENTIONS**

The undersigned hereby certifies that, pursuant to the Scheduling Order entered in this matter, Defendant Milwaukee Electric Tool Corporation served its Preliminary Invalidity and Non-Infringement Contentions on October 5, 2015 upon counsel for Plaintiff Irwin Industrial Tool Company at the email addresses listed below:

David E. Finkelson
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1157
Email: dfinkelson@mcguirewoods.com

Kevin M. Duddlesten
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(214) 932-6400
Email: kduddlesten@mcguirewoods.com

Rachelle H. Thompson
McGuireWoods LLP
434 Fayetteville Street, Ste. 2600
Raleigh, NC 27601
(919) 755-6572
Email: rthompson@mcguirewoods.com

Justin T. Yedor
McGuireWoods LLP
434 Fayetteville Street, Ste. 2600
Raleigh, NC 27601
(919) 755.6695
Email: jyedor@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

    Respectfully submitted,

    **MILWAUKEE ELECTRIC TOOL CORPORATION**

    By its Attorneys,


    By: /s/ Jason C. White
        Joshua M. Dalton, Esq. (BBO # 636402)
        Peter G. Byrne, Esq. (BBO # 690519)
        Morgan, Lewis & Bockius LLP
        One Federal Street
        Boston, MA 02110-1726
        Tel: (617) 951-8000
        Fax: (617) 951-8736
        E-mail: josh.dalton@morganlewis.com
        E-mail: peter.byrne@morganlewis.com

        Jason C. White, Esq. (*pro hac vice*)
        Scott D. Sherwin, Esq. (*pro hac vice*)
        Morgan, Lewis & Bockius LLP
        77 W. Wacker Drive, Ste. 500
        Chicago, IL  60601
        Tel:  (312) 324-1000
        Fax:  (312) 324-1001
        E-mail: jwhite@morganlewis.com
        E-mail: ssherwin@morganlewis.com

Dated:  October 5, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2015 I electronically filed the foregoing Notice of Service of Preliminary Invalidity and Non-Infringement Contentions using the CM/ECF system, which will send electronic notification to:

David E. Finkelson
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1157
Email: dfinkelson@mcguirewoods.com

Kevin M. Duddlesten
McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(214) 932-6400
Email: kduddlesten@mcguirewoods.com

Rachelle H. Thompson
McGuireWoods LLP
434 Fayetteville Street, Ste. 2600
Raleigh, NC 27601
(919) 755-6572
Email: rthompson@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

                                                     /s/ Peter G. Byrne
                                                   Peter G. Byrne, Esq. (BBO # 690519)