**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Springfield Division)**

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX,** )<br>)<br>)<br>  **Plaintiff,**  )<br>)<br>**v.**  )<br>)<br>**MILWAUKEE ELECTRIC TOOL CORPORATION,**  )<br>)<br>)<br>  **Defendant.**  ) | **Civil Action No. 3:15-cv-30005** |

## NOTICE OF WITHDRAWAL

Now come Kevin M. Duddlesten, David E. Finkelson, Rachelle H. Thompson, and Justin T. Yedor with the law firm of MCGUIREWOODS LLP and request the withdrawal of their appearance as counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox ("Lenox") in the above-referenced matter. The following attorneys will remain as counsel of record for Lenox in this matter:

> Barry M. Ryan, Esq.
> DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
>
> John W. Harbin, Esq.
> Gregory J. Carlin, Esq.
> Lisa C. Pavento, Esq.
> MEUNIER CARLIN & CURFMAN, LLC

Dated: December 7, 2015

        Respectfully submitted,

*/s/ Kevin M. Duddlesten*
Kevin M. Duddlesten (BBO No. 680624)
MCGUIREWOODS LLP
2000 McKinney Avenue, Suite 1400
Dallas, Texas 75201
Tel:   (214) 932 6400
Fax:   (214) 932 6499
kduddlesten@mcguirewoods.com

David E. Finkelson
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia  23219-3916
Tel: (804) 775-1157
Fax: (804) 225-5377
dfinkelson@mcguirewoods.com

Rachelle H. Thompson
Justin T. Yedor
MCGUIREWOODS LLP
434 Fayetteville Street, Suite 2600
Raleigh, NC 27601
Tel:   (919) 755-6600
Fax:   (919) 755-6699
rthompson@mcguirewoods.com
jyedor@mcguirewoods.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2015, I electronically filed the foregoing **NOTIFE OF WITHDRAWAL** with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

| | |
|---|---|
| Barry M. Ryan, Esq.<br>DOHERTY, WALLACE, PILLSBURY AND<br>    MURPHY, P.C.<br>One Monarch Place, Suite 1900<br>1414 Main Street<br>Springfield, MA 01144 | Joshua M. Dalton, Esq.<br>Peter G. Byrne, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| John W. Harbin, Esq.<br>Gregory J. Carlin, Esq.<br>Lisa C. Pavento, Esq.<br>MEUNIER CARLIN & CURFMAN, LLC<br>999 Peachtree Street, NE, Suite 1300<br>Atlanta, GA 30309 | Jason C. White, Esq.<br>Scott D. Sherwin, Esq.<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 W. Wacker Drive, Suite 500<br>Chicago, IL 60601 |

*/s/ Kevin M. Duddlesten*
Kevin M. Duddlesten