**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
(Springfield Division)**

| | |
|---|---|
| IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX, <br><br> Plaintiff, <br><br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:15-cv-30005

## NOTICE OF SERVICE OF LENOX'S NOTICE OF DEPOSITION OF RYAN RUDZINSKI

The undersigned hereby certifies that Plaintiff Irwin Industrial Tool Company d/b/a Lenox served a Notice of Deposition of Ryan Rudzinski on December 3, 2015, upon counsel for Defendant Milwaukee Electric Tool Company via first class mail and electronic mail to the addresses listed below:

    Joshua M. Dalton, Esq.
    Peter G. Byrne, Esq.
    Morgan, Lewis & Bockius LLP
    One Federal Street
    Boston, MA 02110-1726
    josh.dalton@morganlewis.com
    peter.byrne@morganlewis.com

    Jason C. White, Esq.
    Scott D. Sherwin, Esq.
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    jwhite@morganlewis.com
    ssherwin@morganlewis.com

    *Counsel for Defendant Milwaukee
    Electric Tool Corporation*

Dated: December 11, 2015

Respectfully submitted,

*/s/ Lisa C. Pavento*
Lisa C. Pavento
John W. Harbin
Gregory J. Carlin
MEUNIER CARLIN & CURFMAN LLC
Suite 1300
999 Peachtree Street, NE
Atlanta, Georgia 30309
Tel:   (404) 645-7700
Fax:   (404 645-7707
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
lpavento@mcciplaw.com

Barry M. Ryan (BBO No. 547336)
DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
One Monarch Place, Suite 1900
1414 Main Street
Springfield, Massachusetts 01144
Tel:   (413) 733-3111
Fax:   (413) 734-3910
bryan@dwpm.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **NOTICE OF SERVICE OF LENOX'S NOTICE OF DEPOSITION OF RYAN RUDZINSKI** was electronically filed on December 11, 2015, with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

Joshua M. Dalton, Esq.
Peter G. Byrne, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601

*Counsel for Defendant Milwaukee Electric Tool Corporation*

　　　　　　　　　　　　　　　　　　　　*/s/ Lisa C. Pavento*
　　　　　　　　　　　　　　　　　　　　Lisa C. Pavento