**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**(Springfield Division)**

| | |
|---|---|
| **IRWIN INDUSTRIAL TOOL COMPANY D/B/A LENOX,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MILWAUKEE ELECTRIC TOOL CORPORATION,** )<br>)<br>Defendant. ) | Civil Action No. 3:15-cv-30005 |

## NOTICE OF SERVICE OF LENOX'S NOTICE OF 30(B)(6) DEPOSITION OF MILWAUKEE ELECTRIC TOOL CORPORATION

The undersigned hereby certifies that Plaintiff Irwin Industrial Tool Company d/b/a Lenox served a Notice of 30(B)(6) Deposition of Defendant, Milwaukee Electric Tool Corporation, on December 3, 2015, upon counsel for Defendant Milwaukee Electric Tool Company via first class mail and electronic mail to the addresses listed below:

    Joshua M. Dalton, Esq.
    Peter G. Byrne, Esq.
    Morgan, Lewis & Bockius LLP
    One Federal Street
    Boston, MA 02110-1726
    josh.dalton@morganlewis.com
    peter.byrne@morganlewis.com

    Jason C. White, Esq.
    Scott D. Sherwin, Esq.
    Morgan, Lewis & Bockius LLP
    77 W. Wacker Drive, Ste. 500
    Chicago, IL 60601
    jwhite@morganlewis.com
    ssherwin@morganlewis.com

    *Counsel for Defendant Milwaukee Electric Tool Corporation*

Dated:  December 11, 2015     Respectfully submitted,

*/s/ Lisa C. Pavento*
Lisa C. Pavento
John W. Harbin
Gregory J. Carlin
MEUNIER CARLIN & CURFMAN LLC
Suite 1300
999 Peachtree Street, NE
Atlanta, Georgia 30309
Tel:    (404) 645-7700
Fax:   (404 645-7707
jharbin@mcciplaw.com
gcarlin@mcciplaw.com
lpavento@mcciplaw.com

Barry M. Ryan (BBO No. 547336)
DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.
One Monarch Place, Suite 1900
1414 Main Street
Springfield, Massachusetts 01144
Tel:    (413) 733-3111
Fax:   (413) 734-3910
bryan@dwpm.com

*Counsel for Plaintiff Irwin Industrial Tool Company d/b/a Lenox*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing **NOTICE OF SERVICE OF LENOX'S NOTICE OF 30(B)(6) DEPOSITION OF MILWAUKEE ELETRCI TOOL CORPORATION** was electronically filed on December 11, 2015, with the Clerk of the Court using the CM/ECF system, which will send electronic notification to:

Joshua M. Dalton, Esq.
Peter G. Byrne, Esq.
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110-1726

Jason C. White, Esq.
Scott D. Sherwin, Esq.
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive, Ste. 500
Chicago, IL 60601

*Counsel for Defendant Milwaukee Electric Tool Corporation*

/s/ Lisa C. Pavento
Lisa C. Pavento