# EXHIBIT B






